UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CROSBY WHITE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DENIS MCDONOUGH, et al.,<br><br>Defendants. | Case No. 23-cv-04545-SI<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND VACATING APRIL 19, 2024 INITIAL CASE MANAGEMENT CONFERENCE** |

Plaintiff Richard Crosby White is representing himself in this case seeking veterans benefits.[1] In an order filed January 30, 2024, the Court extended the deadline to serve the complaint and the summons on defendants to March 4, 2024. The docket reflects that as of the filing date of this order, defendants still have not been served and White has not taken any action in this case since the filing of the January 30 order.

Accordingly, White is hereby ordered to show cause in writing no later than April 5, 2024, why this case should not be dismissed without prejudice for failure to prosecute. *See* Federal Rule of Civil Procedure 41(b). <u>If White does not respond to this order, this case will be dismissed</u>. The April 19, 2024 initial case management conference is VACATED.

**IT IS SO ORDERED**.

Dated: March 22, 2024

_____
SUSAN ILLSTON
United States District Judge

---

[1] The complaint states that the lawsuit is filed on behalf of White and his relatives. Richard Steven White is also listed as a plaintiff on the docket. The January 30, 2024 order was mailed to both Richard Crosby White and Richard Steven White. The mail sent to Richard Steven White was returned as undeliverable. Dkt. No. 14.