UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CROSBY WHITE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DENIS MCDONOUGH, et al.,<br><br>Defendants. | Case No. 23-cv-04545-SI<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE** |

In an order filed March 22, 2024, the Court ordered plaintiff Richard Crosby White to show cause in writing by April 5, 2024, why this case should not be dismissed for failure to prosecute. White did not file a response to the Court's order and has not taken any action in this case since January 26, 2024, and defendants have yet to be served. Accordingly, pursuant to Federal Rule of Civil Procedure 41(b), the Court DISMISSES this case without prejudice for failure to prosecute.

**IT IS SO ORDERED**.

Dated: April 12, 2024

SUSAN ILLSTON
United States District Judge