UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CROSBY WHITE, et al., <br> Plaintiffs, <br> v. <br> DENIS MCDONOUGH, et al., <br> Defendants. | Case No. 23-cv-04545-SI <br><br> **ORDER:** <br> **-GRANTING MOTION AT DKT. NO. 20** <br> **-SETTING ASIDE JUDGMENT** <br> **-REOPENING CASE** <br> **-STAYING CASE UNTIL JULY 15, 2024** <br> **- ORDERING SERVICE ON DEFENDANTS BY AUGUST 15, 2024** <br><br> Re: Dkt. No. 20 |

Self-represented plaintiff Richard Crosby White has filed a document titled, "Motion to Suspend This Action Due to Medical and Legal Reasons." Dkt. No. 20. The motion explains that plaintiff contracted a severe case of pneumonia in March 2024 that lasted into the end of April. The Court construes this motion as a motion to set aside the judgment the Court entered against plaintiff (Dkt. No. 19) and to reopen the case. So construed, the Court **GRANTS** the motion to set aside the judgment and reopen the case. *See* Fed. R. Civ. P. 60(b)(1) (allowing the court to relieve a party from a final judgment due to excusable neglect).

Plaintiff's motion also asks to stay the proceedings in this case until July 15, 2024, because a VA appeals hearing is set for June 26. The Court **GRANTS** this request. The proceedings in this case are hereby **STAYED** until July 15, 2024.

**The Court ORDERS plaintiff to serve the defendants no later than August 15, 2024.**

The Court reminds plaintiff that information on how to represent yourself, including information on serving defendants, is available in the district court's handbook *Representing Yourself in Federal Court*, available on the court's website at: https://cand.uscourts.gov/pro-se-litigants/

The Court also advises plaintiff to contact the Legal Help Center (a free service of the Volunteer Legal Services Program) by calling 415-782-8982 or emailing fedpro@sfbar.org to get information about how to request a summons from the Clerk and how to serve the summons and complaint. There are special rules that apply to serving a federal agency and employees under Federal Rule of Civil Procedure 4(i).

**IT IS SO ORDERED**.

Dated: May 3, 2024

_____
SUSAN ILLSTON
United States District Judge