UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CROSBY WHITE, et al., <br> Plaintiffs, <br> v. <br> DENIS MCDONOUGH, et al., <br> Defendants. | Case No. 23-cv-04545-SI <br><br> **ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE** |

In an order filed May 3, 2024, the Court reopened this case, stayed the case until July 15, 2024, and directed self-represented plaintiff Richard Crosby White to serve defendants no later than August 15, 2024. As of the filing date of this order, White has not filed a proof of service showing that defendants have been served with the summons and the complaint, nor has White taken any action in this case.

Accordingly, pursuant to Federal Rule of Civil Procedure 41(b), the Court DISMISSES this case without prejudice.

**IT IS SO ORDERED**.

Dated: September 3, 2024

SUSAN ILLSTON
United States District Judge