UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CROSBY WHITE, et al., <br>     Plaintiffs, <br> v. <br> DENIS MCDONOUGH, et al., <br>     Defendants. | Case No. 23-cv-04545-SI <br><br> **JUDGMENT** |

The Court has dismissed this case without prejudice for failure to prosecute. The Court hereby enters judgment against plaintiff.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: September 3, 2024

_____
SUSAN ILLSTON
United States District Judge